IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31209
Summary Calendar
_____


WILLIE JAMES, JR.,

Petitioner-Appellant,

versus

KEITH HALL, Warden,

Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-734-P
- - - - - - - - - -

June 3, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Willie James, Jr., appeals the dismissal, without prejudice, of his petition for federal habeas relief under 28 U.S.C. § 2241. We conclude that the district court did not abuse its discretion by dismissing the petition on the ground that James has failed to exhaust administrative remedies. *See **Fuller v. Rich***, 11 F.3d 61, 62 (5th Cir. 1994).

***AFFIRMED.***

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.